THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. OSCAR J. MCNEAR, Defendant-Appellant.

(No. 12181;

Fourth District—February 14, 1974.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

John F. McNichols, Deputy Defender, of Springfield, for appellant.

Joseph P. Koval, State's Attorney, of Carlinville (Edmond H. Rees, Assistant State's Attorney, of counsel), for the People.